# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 11-2228-PLA                                           Date  May 26, 2011

Title: Abigail Leviss v. Unitedhealthcare Insurance Company of New York, et al.

-------------------------------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:                    ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                                    NONE


PROCEEDINGS:      (ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION)

Plaintiff(s) is ordered to show cause in writing **no later than June 9, 2011**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

- Answer by the defendant(s), or plaintiff's request for entry of default.

- Plaintiff's filing of an application to the clerk to enter default judgment or filing of a noticed motion for entry of default judgment.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.


cc:      Counsel of Record


Initials of Deputy Clerk____ch____