THE FLEISHMAN LAW FIRM
Charles J. Fleishman Bar# 46405
Paul A. Fleishman Bar# 251657
5850 Canoga Ave. 4th Floor,
Woodland Hills, CA 91367
Telephone: (818) 710-2724
FAX: (818) 710-2728
erisa@erisarights.com
Attorneys for **Plaintiff**



JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAIL LEVISS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK, a corporation; PLAN Q9L of JEWISH NATIONAL FUND, an ERISA plan; DOES 1 through 10, inclusive,<br><br>Defendants | NO. CV11-2228 PLA GAF<br>ORDER GRANTING<br>JOINT STIPULATION TO DISMISS CASE |

1

The parties to the above entitled action do hereby stipulate that the matter be dismissed with prejudice.

Dated: June 28, 2011

/s/ Paul Fleishman

Paul Fleishman
Attorney for Plaintiff
Abigail Leviss

Dated: June 29, 2011

/s/ Thomas C. Knego

Thomas C. Knego
Attorney for Defendant
UnitedHealthcare Insurance Company
of New York

It is so ordered.

Dated: 7/8/11

Honorable Paul L. Abrams
California Central District Court Judge

GARY ALLEN FEESS